# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6413
Email: RDLane@mdwcg.com

| | |
|---|---|
| PENNSYLVANIA | DELAWARE |
| Bethlehem | Wilmington |
| Doylestown | OHIO |
| Erie | Cleveland |
| Harrisburg | |
| King of Prussia | FLORIDA |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

December 10, 2013

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

    RE:    **JARRETT R. JENKINS v. MIDLAND FUNDING, LLC et al.**
             **DOCKET NO. 2:13-CV-05236**

Dear Mr. Jenkins:

    Please allow this to serve as the cover letter with respect to the defendants' motion for judgment on the pleadings which was served on you on December 9, 2013 via email and regular mail pursuant to the briefing schedule ordered by Judge Tomlinson in the civil conference minute order in this matter. Pursuant to the briefing schedule, Defendants' motion papers were to be served by December 9, 2013. Opposition papers must be served by January 3, 2014. Reply papers, if any, are to be served by January 13, 2014. Defendants will file the fully-briefed motion on ECF on January 13, 2014.

    The motion papers served on December 9, 2013 were the following:

(1) Notice of Motion for Judgment on the Pleadings,

(2) Declaration of R. David Lane, Jr. in support of Motion for Judgment on the Pleadings,

(3) Exhibits A, B, and C in support of Motion for Judgment on the Pleadings,

(4) Memorandum of Law in Support of Motion for Judgment on the Pleadings,

(5) Authorities Reported Exclusively on Computerized Databases Provided to a Pro Se Plaintiff Pursuant to Local Rule 7.2

                             Very truly yours,

                             R. David Lane, Jr.