**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

| | |
|---|---|
| **PENNSYLVANIA** | **DELAWARE** |
| Bethlehem | Wilmington |
| Doylestown | **OHIO** |
| Erie | Cleveland |
| Harrisburg | |
| King of Prussia | **FLORIDA** |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6413
Email: RDLane@mdwcg.com

January 10, 2014

**Via Email and Regular Mail**
Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

      **RE:   JARRETT R. JENKINS v. MIDLAND FUNDING, LLC et al.**
            **DOCKET NO. 2:13-CV-05236**

Dear Mr. Jenkins:

      Enclosed please find the Defendants' Partial Motion to Dismiss the Amended Complaint in this matter. The motion papers consist of the (1) Notice of Motion, (2) Declaration of R. David Lane, Jr., (3) Exhibits A, B, and C in support of the Partial Motion to Dismiss the Amended Complaint; (4) Memorandum of Law in Support of the Partial Motion to Dismiss the Amended Complaint, and (5) Authorities Reported Exclusively on Computerized Databases Provided to a Pro Se Plaintiff Pursuant to Local Rule 7.2

      Pursuant to the Civil Conference Minute Order of Judge Tomlinson dated December 19, 2013 and the Individual Rules of Practice of Judge Feuerstein, Midland's motion papers and memorandum of law are to be served by January 15, 2014; Plaintiff's opposition papers are to be served by February 5, 2014; and Midland's reply papers, if any, are to be served by February 13, 2014. Midland is to file the fully briefed motion on ECF on February 13, 2014.

                                                  Very truly yours,

                                                         /s/

                                                   R. David Lane, Jr.