**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

| | |
|---|---|
| PENNSYLVANIA | DELAWARE |
| Bethlehem | Wilmington |
| Doylestown | OHIO |
| Erie | Cleveland |
| Harrisburg | FLORIDA |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6413
Email: RDLane@mdwcg.com

January 10, 2014

**Via ECF**
Magistrate Judge A. Kathleen Tomlinson
Eastern District Court of New York
100 Federal Plaza, Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014

      RE:   **Jarrett R. Jenkins v. Midland Funding, LLC and Midland Credit Management, Inc.**
            **Docket No. 2:13-Cv-05236**
            **Our File No. 13161.00528**

Dear Judge Tomlinson:

    Marshall Dennehey Warner Coleman & Goggin represents the defendants, Midland Funding, LLC and Midland Credit Management, Inc. (collectively "Midland"). Pursuant to the Civil Conference Minute Order dated December 19, 2013, Midland is to serve its partial motion to dismiss the amended complaint by January 15, 2014. Midland has served its motion upon the Plaintiff as of the date of this letter. Because Midland's motion seeks partial dismissal of the amended complaint, Midland respectfully requests that Midland be permitted to file its answer to the remaining portions of the amended complaint following the Court's determination on Midland's pending motion.

                                    Respectfully Submitted,

                                      /s/

                                    R. David Lane, Jr.

cc: Jarrett Jenkins