**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JARRETT R. JENKINS,

                      Plaintiff,

           - against -

MIDLAND FUNDING, LLC and MIDLAND
CREDIT MANAGEMENT, INC,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

CV 13-5236 (SJF) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received Defendants' request for permission to file its answer to the remaining portions of the amended complaint following the District Judge's determination on Defendants' partial motion to dismiss. DE 30. As far is the Court is aware, there is nothing in the Federal Rules that would require Defendants to make such a motion. When a decision is issued on Defendants' partial motion to dismiss, the Defendants will be required to file a complete responsive pleading. If counsel is aware of any cases to the contrary, the Court will be happy to consider them. In the meantime, the Court is deeming Defendants' motion moot.

                                                                                         **SO ORDERED.**

Dated: Central Islip, New York
         January 23, 2014

                                                                         /s/ A. Kathleen Tomlinson
                                                                       A. KATHLEEN TOMLINSON
                                                                       U.S. Magistrate Judge