UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JARRETT R. JENKINS,

                              Plaintiff,

         - against -

MIDLAND FUNDING, LLC and MIDLAND
CREDIT MANAGEMENT, INC,

                             Defendants.
-----------------------------------------------------------X

**ORDER**

CV 13-5236 (SJF) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received the *pro se* Plaintiff's letter dated February 19, 2014 and apparently hand-delivered by the Plaintiff. The Court notes that opposing counsel was copied on the letter, however, the Plaintiff requests that the letter not be filed on ECF. In general, all communications with the Court get filed electronically on the Court docket. Unless the *pro se* Plaintiff can provide an appropriate reason why the letter should not be filed, the Court will proceed to have it filed on ECF. The Plaintiff may respond to this Order by Friday, February 28, 2014. The Court will not file the letter on the Court's electronic docket until that time.

                                                             **SO ORDERED.**

Dated: Central Islip, New York
         February 24, 2014

                                                     /s/ A. Kathleen Tomlinson
                                                   A. KATHLEEN TOMLINSON
                                                   U.S. Magistrate Judge