# CERTIFICATE OF SERVICE

February 26, 2014

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552
516-841-3132
jrobertjenkins@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 27 2014   ★

LONG ISLAND OFFICE

I hereby certify under the penalty of perjury that I mailed a copy of the letter to Judge Tomlinson dated February 19, 2014 in reference to 13-cv-05236(SJF)(AKT) to R. David Lane, Jr., who is the Attorney of record for the Defendants Midland Funding, LLC, and Midland Credit Management Inc., by USPS Certified Mail on February 19, 2014 (70121010000358152008) at Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005. I also emailed a copy as well.

_____
Jarrett R. Jenkins (Plaintiff)