UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

A. Kathleen Tomlinson  
Honorable U.S. Magistrate Judge  
100 Federal Plaza, Room 910  
Central Islip, NY 11722

April 2, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 02 2014 ★

LONG ISLAND OFFICE

Re: <u>Jenkins v. Midland Funding, LLC et al. CV- 13-05236 (SJF-AKT)</u>

Dear Judge Tomlinson,

Plaintiff wanted to clarify an issue with ruling number one that was entered into the docket on April 2, 2014. The Plaintiff is aware that under the FDCPA the "statutory damages" is limited to a total of $1000.

Under the FCRA the statutory damages are limited to a total of $1000 per violation. The willful and negligent behavior by the Defendants the Plaintiff is alleging will be apparent upon further discovery.

Respectfully,

Jarrett R. Jenkins  
334 Locust Street, Apt-1  
West Hempstead, NY 11552-3044

RECEIVED
APR 0 2 2014
EDNY PRO SE OFFICE

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that I forwarded a copy of this letter of clarification to Judge Tomlinson dated April 2, 2014 in reference to 13-cv-05236(SJF) (AKT) to R. David Lane, Jr., who is the Attorney of record for the Defendants Midland Funding, LLC, and Midland Credit Management Inc., by email and USPS First Class Mail on April 2, 2014 at Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005. I emailed a copy to Andrew M. Schwartz as well.

Jarrett R. Jenkins (Plaintiff)