UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

A. Kathleen Tomlinson
Honorable U.S. Magistrate Judge
100 Federal Plaza, Room 910
Central Islip, NY 11722

May 14, 2014

FILED
IN CLERK'S OFFICE
DISTRICT COURT

MAY 14 2014

LONG ISLAND OFFICE

Via Fax: (631) 712-5766

Re: Jenkins v. Midland Funding, LLC et al. CV-13-05236 (SJF-AKT)

Dear Judge Tomlinson,

I wanted to advise the court that the Defendants and I have reached a settlement in the above mentioned case and are finalizing the settlement arrangements. In light of this the Plaintiff hereby request the court cease all activity in this matter and that the Plaintiff be given a couple of weeks to move the court for a dismissal with prejudice of all allegations against the Defendants, Midland Funding, LLC and Midland Credit Management, Inc.

Respectfully,

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

cc:   Andrew M. Schwartz and R. David Lane Jr.

# FAX

| | |
|---|---|
| Date: | 05/14/2014 |
| Pages including cover sheet: | 2 |

| To: | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Number | +1 (631) 712-5766 |

| From: | Jarrett Jenkins |
|---|---|
| | |
| | 104 Washburn Ave |
| | Freep[ort] |
| | NY   11520 |
| | |
| Phone | +1 (516) 841-3132 |
| Fax Number | (516) 252-1491 |

**NOTE:**

Send and receive faxes with RingCentral, www.ringcentral.com

**RingCentral**